**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bowen & Groves Pty., Ltd., | ) | No. CIV 06-1413-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Tyson Philippi, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation Extending Time to Serve Initial Disclosures [Doc. No. 13]. Good cause appearing,

**IT IS ORDERED** the parties' Stipulation Extending Time to Serve Initial Disclosures [Doc. No. 13] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) no later than November 10, 2006.

DATED this 26th day of October, 2006.

Stephen M. McNamee
United States District Judge