**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bowen & Groves Pty Ltd., | ) | No. CIV 06-1413-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Tyson Philippi, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 28].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 28] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 20th day of March, 2007.

Stephen M. McNamee
United States District Judge